AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| MARIAH LOVE | ) | 6:20-mj-1084 |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 27, 2020__ in the county of __Brevard__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 952(a) | Importation of controlled substance, 500 grams or more of cocaine. |

This criminal complaint is based on these facts:

Please see attached.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

David Castro, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 1/27/20

_____
*Judge's signature*

City and state:     Orlando, Florida          Leslie R. Hoffman, U.S. Magistrate Judge
*Printed name and title*

STATE OF FLORIDA                                    Case No 6:20-mj- 1084

COUNTY OF ORANGE

## CRIMINAL COMPLAINT AFFIDAVIT

The affiant, Special Agent David Castro of Immigration and Customs Enforcement, Homeland Security Investigations being duly sworn states:

1. I am currently employed by the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Homeland Security Investigations as a Special Agent (SA) and have been so employed since March of 2007. I have successfully completed both the Criminal Investigator Training Program and the ICE Special Agent Training Program at the Federal Law Enforcement Training Center at Brunswick, Georgia. Prior to that, I was a Police Detective Sergeant for the City of Miami Police Department. From February 2018 to the date of this affidavit, I have been assigned to the Office of the Resident Agent in Charge (RAC) in Cocoa Beach, Florida. As part of my duties and responsibilities, I investigate federal criminal violations of the United States Code, as well as administrative violations of the United States Immigration and Nationality Act. I have received extensive training in border search authority and narcotics smuggling techniques.

2. The facts contained in this affidavit are based on my own personal knowledge, as well as information provided to me by civilians, other law enforcement officers, Special Agents of HSI, and Officers of U.S. Customs and Border Protection (CBP). Because this affidavit is submitted for the limited purpose

of establishing probable cause for a criminal complaint against Mariah LOVE (LOVE) it does not contain each and every fact known to your affiant learned during the course of the investigation.

3.  On January 27, 2020, at approximately 6:15 a.m., LOVE arrived in Port Canaveral, Florida from a three-night Bahamas cruise aboard the Carnival, Liberty. The cruise ship departed Port Canaveral on January 24, 2020, and the port of call was Nassau, Bahamas.

4.  At approximately 9:00 a.m., LOVE presented herself to CBP officers for inspection and examination. LOVE was referred to the secondary examination area. LOVE was in possession of a suitcase and smaller bag she was carrying. The two items were x-rayed by a CBP officer. In the carry-on bag, the CBP officer located items that required additional examination. Another CBP officer conducted a more thorough search of the carry-on bag and located two small boxes which appeared to contain soap. The CBP officer removed the items from the boxes, which were wrapped in plastic. The CBP officer probed the items, and found a white powdery substance concealed within the items which field tested positive for cocaine. CBP officers conducted a pat down search of LOVE's person and discovered two additional packages concealed on her upper thigh between her skin and spandex shorts. The packages contained a white powdery substance that field tested positive for cocaine. The total gross weight of all four packages containing the suspected cocaine was approximately 1177.63 grams.

5.      At approximately 10:50 a.m., HSI Special Agents spoke to LOVE and identified themselves as law enforcement officers. LOVE read her Miranda Rights from a printed HSI statement of rights form. LOVE acknowledged that she understood her rights, signed the form waiving her rights, and agreed to speak to agents. LOVE told agents that she needed money to pay for unpaid traffic tickets and overdue bills. She was told by someone she knew that she could make money by going on a cruise. LOVE believed that she could make $3,000 if she smuggled drugs. LOVE stated that she thought she would be smuggling "weed." On January 24, 2020, LOVE was driven to Port Canaveral along with two other people. Once they arrived at Port Canaveral, the three boarded the ship. When the ship stopped in Nassau, Bahamas, LOVE and the two others were driven to a house where LOVE was given the packages that contained cocaine. LOVE said she was very nervous and did not want to go through with the smuggling venture but did anyways. LOVE placed the two packages in the soap box in her bag and the other two packages on her person. LOVE was driven back to the cruise terminal in Nassau by one of the other cruise passengers she had been traveling with. Once back at the ship, LOVE boarded the ship with the contraband and went back to her cabin. Once in the cabin, LOVE put the contraband in her suitcase. On the morning of January 27, 2020, LOVE concealed two of the packages on her person and carried the others in her carry-on bag. LOVE stated that she was very nervous.

6. Based upon the above mentioned facts, there is probable cause to believe that Mariah LOVE imported into the Customs territory of the United States from a place outside the United States, 500 grams or more of a mixture or substance containing a detectable amount of cocaine in violation of Title 21, United States Code, Section 952(a).

This concludes my affidavit.

David Castro
Special Agent
Homeland Security Investigations

Sworn to and subscribed before
me this 27th day of January 2020

The Honorable Leslie R. Hoffman
United States Magistrate Judge

4